**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION
Case No.: 9:18-cv-81055-DMM

WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation, WYNDHAM VACATION RESORTS, INC., a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation, and SHELL VACATIONS, LLC, an Arizona limited liability company,

    Plaintiffs,

v.

TOTTEN FRANQUI DAVIS & BURK, LLC, a Florida limited liability company; TOTTEN FRANQUI DAVIS & BURK, PLLC, a North Carolina professional limited liability company; AMERICAN RESOURCE MANAGEMENT GROUP, LLC d/b/a resortrelease.com d/b/a americanresourcemanagementgroup.com, a Florida limited liability company; VACATION PROPERTIES FOR LESS, LLC, a Florida limited liability company; REDEMPTION AND RELEASE, LLC, a Florida limited liability company; RESORT EXIT TEAM, LLC d/b/a resortexitteam.com, a Florida limited liability company; HELPING TIMESHARE OWNERS, INC. f/k/a HELPING TIMESHARE OWNERS LLC d/b/a canceltimesharecontract.com d/b/a Help4TSO, a Florida corporation; JOHN DOE #2 d/b/a Timeshare Freedom Group d/b/a timesharefreedomgroup.com; ERIC S. CLINE a/k/a STEPHEN E. CLINE, an individual; SHYLA CLINE, an individual; SCOTT MORSE a/k/a LARRY SCOTT MORSE, an individual; WILLIAM HOWELL JR., a/k/a William W. Howell, Jr. a/k/a Bob Howell a/k/a Bill Howell, an individual; and JORDAN SALKIN, an individual,

    Defendants.

**PLAINTIFFS' NOTICE OF SCRIVENER'S ERRORS AND INTERLINEATION RELATIVE TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF [DE 40]**

## PLAINTIFFS' NOTICE OF SCRIVENER'S ERRORS AND INTERLINEATION RELATIVE TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF [DE 40]

Plaintiffs, WYNDHAM VACATION OWNERSHIP, INC. ("WVO"), a Delaware corporation, WYNDHAM VACATION RESORTS, INC. ("WVR"), a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION ("WRDC"), an Oregon Corporation, and SHELL VACATIONS, LLC ("SV"), an Arizona limited liability company (collectively, "Plaintiffs" or "Wyndham"), respectfully advise of scrivener's errors in Plaintiffs' First Amended Complaint for Damages and Injunctive Relief ("Amended Complaint") [DE 40], filed on October 18, 2018, which Plaintiffs are correcting via interlineation.

Particularly, the reference to the violations of the Florida Vacation Plan and Timesharing Act, Fla. Stat. § 721.17 in paragraph 18 of the Amended Complaint is a scrivener's error. The corrected paragraph 18 of the Amended Complaint, with interlineation, should read as "This Amended Complaint requests damages and injunctive relief for false advertising and contributory false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1), intentional interference with contractual relations, civil conspiracy to commit tortious interference, and violations of the Florida Deceptive and Unfair Trade Practices Act."

Moreover, the reference to Fla. Stat. § 721.17(3)(g) at the end of the last sentence in paragraph 40 of the Amended Complaint is also a scrivener's error. Therefore, the corrected paragraph 40 of the Amended Complaint, with interlineation, should read as "Wyndham has retained the services of the undersigned lawyers to represent it in this matter and have obligated themselves to pay reasonable attorneys' fees, which fees are recoverable against Defendants pursuant to 15 U.S.C. §1117."

Furthermore, the last sentence of paragraph 60 of the Amended Complaint ("The Florida Vacation Plan and Timesharing Act specifically prohibits this scheme of fraudulent transfers. *See* Fla. Stat. § 721.17") is also a scrivener's error and, via interlineation, is removed.

Dated: November 1, 2018.

        */s/ Glennys Ortega Rubin*
        **ALFRED J. BENNINGTON, JR., ESQ.**
        Florida Bar No. 0404985
        bbennington@shutts.com
        **GLENNYS ORTEGA RUBIN, ESQ.**
        Florida Bar No. 556361
        grubin@shutts.com
        **RAYMOND F. TREADWELL, ESQ.**
        Florida Bar No. 93834
        rtreadwell@shutts.com
        **SHUTTS & BOWEN LLP**
        300 South Orange Avenue, Suite 1600
        Orlando, Florida 32801
        Telephone: (407) 835-6755
        Facsimile: (407) 849-7255

        and

        **DANIEL J. BARSKY, ESQ.**
        Florida Bar No. 25713
        dbarsky@shutts.com
        **SHUTTS & BOWEN LLP**
        200 South Biscayne Boulevard, Suite 4100
        Miami, Florida 33131
        Telephone: (561) 650-8518
        Facsimile: (561) 822-5527

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of November, 2018, the foregoing was filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of the foregoing upon all counsel of record, and on the above-referenced date, I caused the foregoing to be served via U.S. Mail, postage prepaid, upon the following non-CM/ECF participant:

## NON-CM/ECF PARTICIPANT

John Doe #2 d/b/a Timeshare Freedom Group
d/b/a timehsarefreedomgroup.com
23046 Avenida De La Carlota, Suite 600
Laguna Hills, California 92653

*/s/ Glennys Ortega Rubin*_____

ORLDOCS 16508148 1