UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-81055-CV-MIDDLEBROOKS

WYNDHAM VACATION OWNERSHIP,
INC., et al.,

    Plaintiffs,

v.

TOTTEN FRANQUI DAVIS & BURK, LLC,
et al.,

    Defendants.
_____/

## ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT SALKIN

THIS CAUSE is before the Court upon the Motion of David Steinfeld, Esq., and the Law Office of David Steinfeld, P.L., seeking to withdraw as counsel for Defendant Jordan Salkin, filed on February 15, 2019. (DE 158). The Motion states that Defendant Salkin was recently convicted and remains incarcerated for crimes committed in California, and that Defendant Salkin now wishes to proceed *pro se* in this case. The Motion complies with Southern District of Florida Local Rule 11.1(d)(3), which requires notice to be served on the client and opposing counsel, and a statement of the current mailing address of the client. The Motion is unopposed. The Court being fully advised, it is **ORDERED AND ADJUDGED** that:

1. The Motion to Withdraw (DE 158) is **GRANTED**.
2. David Steinfeld, Esq., and the Law Office of David Steinfeld, P.L. shall have no further responsibility in this matter and shall be removed from the CM/ECF notification system and from the certificates of service for all pleadings, correspondence, and orders.

1

3. Defendant Jordan Salkin has submitted notification of his intent to proceed *pro se*. (DE 158 at 6). All parties are therefore **DIRECTED** to serve papers on Defendant Salkin at the following address: Jordan Salkin, Booking No. 3100098, Theo Lacy Facility, 501 City Drive South, Orange, CA 92868.

4. Attorney David Steinfeld, Esq., must **SERVE** a copy of this Order upon Defendant Salkin within two days.

5. All parties are advised that no litigation deadlines are modified by reason of this Order.

**SIGNED** in Chambers at West Palm Beach, Florida this ___ day of February, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Honorable Bruce E. Reinhart
Counsel of Record

Jordan Salkin, *pro se*
Booking No. 3100098
Theo Lacy Facility
501 City Drive South
Orange, CA 92868